IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| AISHA NICOLE SARTIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 621-073 |
| | * | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * * * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the Acting Commissioner's motion for entry of judgment and remand. (Doc. 17.) The Acting Commissioner "believes remand is appropriate in this case so that an administrative law judge (ALJ) may further evaluate the case and issue a new administrative decision." (Id. at 1.) He also affirms that Plaintiff, through counsel, consents to this motion. (Id. at 2.)

Under sentence four of 42 U.S.C. § 405(g), "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the case for a rehearing." In this case, the Acting Commissioner states that "[t]he ALJ will offer the claimant an opportunity for a new hearing, take any action needed to complete the

administrative record, and issue a new decision." (Doc. 17, at 2.)

Upon due consideration, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **GRANTS** the Acting Commissioner's motion. (Doc. 17.) The Commissioner's decision is **REVERSED** and this action is **REMANDED** to the Acting Commissioner for further proceedings. The Clerk **SHALL ENTER JUDGMENT** in favor of Plaintiff, **TERMINATE** all pending motions and deadlines, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA