AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AISHA NICOLE SARTIN,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV621-073

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 25, 2022, the Commissioner's decision is reversed, and this action remanded to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, Judgment is hereby entered in favor of the Plaintiff, and this case stands closed.



| April 26, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020